IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      1:08cr236-MHT
                            )          (WO)
WILLIAM CHARLES DUFF        )
```

OPINION AND ORDER

It is ORDERED that defendant William Charles Duff's motion for credit for time served (doc. no. 487) is denied.  Duff has not shown that he has exhausted available administrative remedies, and he has not used the proper legal vehicle, 28 U.S.C. § 2241, to seek relief.  See United States v. Nyhuis, 211 F. 3d 1340, 1345 (11th Cir. 2000) ("A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies."); United States v. Flanagan, 868 F.2d 1544, 1546 (11th Cir. 1989) ("[A] federal prisoner dissatisfied with the computation of his sentence must pursue the administrative remedy

available through the federal prison system before seeking judicial review of his sentence.").

DONE, this the 23rd day of April, 2015.

                                   _/s/ Myron H. Thompson_
                                   **UNITED STATES DISTRICT JUDGE**