IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:08cr236-MHT |
| | ) | (WO) |
| WILLIAM CHARLES DUFF | ) | |

ORDER

There being no indication from defense counsel by the deadline of last Friday, October 14, 2022, that she wants defendant Williams Charles Duff to receive a mental-health evaluation, it is ORDERED that sentencing on the petition for revocation (Doc. 537) shall resume in person on October 28, 2022, at 11:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 17th day of October, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**