```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:08cr236-MHT
                            )           (WO)
WILLIAM CHARLES DUFF        )
                            )
```

ORDER

Based on the representations made on the record at in-person hearings on October 7 and 11, 2022, and January 5, 2023, it is ORDERED that:

(1) Defendant William Charles Duff is adjudged guilty of charges 1, 2, 3, and 4 in the petition for revocation (Doc. 537).

(2) Sentencing for defendant Duff is continued generally.

(3) Defendant Duff's conditions of supervised release are, pending sentencing, modified as follows:

    (A) Defendant Duff is to enter residential substance-abuse treatment at Phoenix House of Tuscaloosa in Tuscaloosa, Alabama, as soon as a bed

is available and is to complete successfully its inpatient treatment program while complying with all its requirements.

(B) While at Phoenix House, defendant Duff is to receive psychological treatment through Whatley Health Services in Tuscaloosa, AL, including regular individual trauma-informed psychotherapy.

(C) The United States Marshal is to release defendant Duff to the custody of the Federal Defenders to take him to Phoenix House when a bed becomes available.

(D) Defendant Duff is to undergo a psychiatric evaluation to determine whether he should receive psychotropic medication, including to treat his diagnosed depression and PTSD.

(E) Any medical providers offering psychiatric or psychological treatment to defendant Duff shall receive a copy of Dr. Adriana Flores's forensic psychological evaluation (Doc. 572).

(4) The supervising probation officer is to inform the court when defendant Duff has completed the treatment program.

(5) A status conference is set for February 17, 2023, at 8:30 a.m. to discuss (A) how defendant Duff is progressing on supervised release, and (B) when to resume the sentencing hearing on the revocation petition (Doc. 537).  The courtroom deputy is to arrange for the status conference to be conducted by telephone.  Government counsel, defense counsel, and the supervising probation officer are to participate.

DONE, this the 6th day of January, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**