```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


  UNITED STATES OF AMERICA    )
                              )     CRIMINAL ACTION NO.
       v.                     )         2:08cr236-3
                              )            (WO)
  WILLIAM CHARLES DUFF        )
                              )
```

ORDER

Based on the recent availability of a bed at Phoenix House, it is ORDERED that defendant William Charles Duff to be released from the Montgomery County Jail at 8:00 a.m. on January 17, 2023, into the custody of the Federal Defender to be transported directly to the Phoenix House of Tuscaloosa in Tuscaloosa, Alabama, for purposes of inpatient substance-abuse and psychological treatment in compliance with this court's previous order (Doc. 573).

DONE, this the 13th day of January, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**