IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )        1:08cr236-MHT
                           )             (WO)
WILLIAM CHARLES DUFF       )
```

ORDER

Defendant William Charles Duff having been adjudged guilty of charges 1, 2, 3, and 4 in the petition for revocation (Doc. 537), and based on the representations made on the record on July 18, 2023, it is ORDERED that:

(1) Sentencing is to resume on September 7, 2023, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The courtroom deputy shall make all necessary arrangements.

(2) Four business days before sentencing is to resume, the supervising probation officer is to file with the court a report discussing how defendant William Charles Duff has performed while on supervised release in Tuscaloosa, Alabama.

DONE, this the 21st day of July, 2023.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**