AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM CHARLES DUFF | ) | |
| | ) | Case No.  1:08cr236-03-MHT |
| | ) | USM No.  11045-002 |
| | ) | Cecilia Vaca |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s)  1-4 of the petition*  after denial of guilt.  * filed 8/18/2022

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state or local crime. | 08/05/2022 |
| 2 | The defendant unlawfully possessed a controlled substance. | 08/05/2022 |
| 3 | The defendant left the judicial district without the permission of the court or the probation officer. | 08/05/2022 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4116

Defendant's Year of Birth:   1978

City and State of Defendant's Residence:
Tuscaloosa, AL

10/19/2023
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

11/03/2023
Date

**\* It is further ORDERED that the probation department shall include the psychological evaluation of Dr. Adriana Flores (Doc. 572) in the packet of documents about the defendant being sent to the Bureau of Prisons.**

Judgment—Page 2 of 3

DEFENDANT: WILLIAM CHARLES DUFF
CASE NUMBER: 1:08cr236-03-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant associated with a person engaged in criminal activity and associated with a person convicted of a felony without the permission of the the probation officer. | 08/05/2022 |

Judgment — Page 3 of 3

DEFENDANT: WILLIAM CHARLES DUFF
CASE NUMBER: 1:08cr236-03-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

39 months with no term of supervised release to follow.  The defendant shall receive credit for the 148 days he has already served.  The term of supervised release imposed on August 6, 2009 is revoked. This term shall run concurrent with any sentence not yet imposed in the pending charge(s) in Pike County, AL, that form the basis of this revocation or any other federal or state charge(s) that form the basis of this revocation.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the defendant be designated to a facility where can participate in The Residential Drug Abuse Program (RDAP) to address defendant's verified substance abuse disorder, and where he can receive intensive mental-health treatment and all appropriate programs for the mental conditions identified by Dr. Adriana Flores.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on  12/17/2023  , as directed in the court's order on November 1, 2023 (Doc.590).
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)     Judgment in a Criminal Case Personal Identification Attachment                                    Not for Public Disclosure

DEFENDANT:   WILLIAM CHARLES DUFF

CASE NUMBER:   1:08cr236-03-MHT

DISTRICT:   Middle District of Alabama

# Judgment in a Criminal Case Personal Identification Attachment
**(Not for Public Disclosure)**

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 02/14/1978 |
| Defendant's Residential Address: | 700 35th Ave.<br>Tuscaloosa, AL 35401 |
| Defendant's Mailing Address:<br>*(if different)* | same as above |